Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
08/20/2026
CT Log Number 553122371

## Service of Process Transmittal Summary

**TO:** Legal Sop
Lyft, Inc.
185 BERRY ST STE 400
SAN FRANCISCO, CA 94107-1725

**RE:** **Process Served in Maryland**

**FOR:** Lyft, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Re: SHERIE BLUE // To: Lyft, Inc.

**DOCUMENT(S) SERVED:** Writ, Return, Information Report, Amended Complaint

**COURT/AGENCY:** Baltimore City - Circuit Court, MD
Case # C24CV26003710

**NATURE OF ACTION:** Personal Injury - Failure to Maintain Premises in a Safe Condition - 11/14/2024

**PROCESS SERVED ON:** The Corporation Trust Incorporated, Lutherville Timonium, MD

**DATE/METHOD OF SERVICE:** By Process Server on 08/20/2026 at 12:16

**JURISDICTION SERVED:** Maryland

**APPEARANCE OR ANSWER DUE:** Within 60 days after service of this summons upon you (Document(s) may contain additional answer dates)

**ATTORNEY(S)/SENDER(S):** Alex Poberesky
Law Offices of Alex Poberesky, P.A.
25 Hooks Lane, Ste. 310
Baltimore, MD 21208
410-484-0400

**ACTION ITEMS:** CT has retained the current log, Retain Date: 08/20/2026, Expected Purge Date: 08/25/2026

Image SOP

Email Notification, John Pellegrini jpellegrini@lyft.com

Email Notification, Christopher Youngblood cyoungblood@lyft.com

Email Notification, Eboni James ebonijames@lyft.com

Email Notification, Ty Lim tlim@lyft.com

Email Notification, Legal Sop legal-sop@lyft.com

Email Notification, Zermani Kadiam zkadiam@lyft.com

**REGISTERED AGENT CONTACT:** The Corporation Trust Incorporated
2405 York Rd
Ste 201
Lutherville Timonium, MD 21093

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
08/20/2026
CT Log Number 553122371

8775647529
MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Aug 20, 2026
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | LYFT, INC. |
| Case Number | C24CV26003710 |
| Jurisdiction | MD |

| Inserts | | |
|---|---|---|
| | | |

E-SERVED Baltimore City Circuit Court 6/24/2026 8:5
Docket: 6/24/2026 8:59 AM; Submission: 6/24/2026 8:59 AM
Envelope: 27040969

CIRCUIT COURT FOR BALTIMORE CITY
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202
Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:** MOHAMMAD AWAN
325 SIP AVENUE
JERSEY CITY, NJ 07306

**Case Number:** **C-24-CV-26-003710**
**Other Reference Number(s):**
**Child Support Enforcement Number:**

**SHERIE BLUE VS. LYFT, INC, ET AL.**

Issue Date: 06/24/2026

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

SHERIE BLUE
5501 Bowley Lane
Apt 1A
Baltimore MD 21206

This summons is effective for service only if served within 60 days after the date it is issued.

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN
(please print)

To: MOHAMMAD AWAN

______________________ ID# __________ of the ____________________
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served ______________________________
Name of person served

on ____________________ at ______________________________
Date of service | Location of service

____________________ by ____________________ with the following:
Manner of service

☐ Summons
☐ Complaint
☐ Motions
☐ Petition and Show Cause Order
☐ Other ____________________
Please specify

☐ Counter-Complaint
☐ Domestic Case Information Report
☐ Financial Statement
☐ Interrogatories

(2) Was unable to serve because:

☐ Moved left no forwarding address
☐ Address not in jurisdiction
☐ No such address
☐ Other ____________________
Please specify

Sheriff fee: $ ☐ waived by

__________ Date ____________________ Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR Baltimore City (CC)
City/County

# CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS**

***Plaintiff:*** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).
***Defendant:*** You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT CASE NUMBER ______ (Clerk to insert)

**CASE NAME:** SHERIE BLUE (Plaintiff) vs. LYFT, INC. (Defendant)

PARTY'S NAME: SHERIE BLUE PHONE: ______

PARTY'S ADDRESS: 5501 Bowley Lane, Apt 1A, Baltimore, Maryland 21206

PARTY'S E-MAIL: ______

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Alex Poberesky, Esq. AIS #: 9706250367 PHONE: 410-484-0400

PARTY'S ATTORNEY'S ADDRESS: 25 Hooks Lane, Ste. 310 Baltimore, MD 21208

PARTY'S ATTORNEY'S E-MAIL: Alex@AlexWins.com

**JURY DEMAND?** ☐ Yes ☒ No

**RELATED CASE PENDING?** ☐ Yes ☒ No If yes, Case #(s), if known: ______

**ANTICIPATED LENGTH OF TRIAL?:** ______ hours 2 ______ days

**PLEADING TYPE**

**New Case:** ☒ Original ☐ Administrative Appeal ☐ Appeal

**Existing Case:** ☐ Post-Judgment ☐ Amendment

***If filing in an existing case,*** skip Case Category/Subcategory section – go to Relief section.

**IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)**

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Child Victims Act
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt: ______
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☒ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud
☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property/ Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance
☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☒ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☒ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☒ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☒ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded. ☒ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000 ☐ $10,000 - $30,000 ☒ $30,000 - $100,000 ☐ Over $100,000

☐ Medical Bills $ 20,696.87 ☐ Wage Loss $ 2,205.00 ☐ Property Damages $ ____________

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation ☒ Yes ☐ No
B. Arbitration ☐ Yes ☒ No
C. Settlement Conference ☒ Yes ☐ No
D. Neutral Evaluation ☐ Yes ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL.***

***(Case will be tracked accordingly)***

☐ 1/2 day of trial or less
☐ 1 day of trial time
☐ 2 days of trial time
☐ 3 days of trial time
☐ More than 3 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions,** if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited -** Trial within 7 months of Defendant's response

☐ **Standard -** Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.* |
| ☐ **Expedited** - Trial within 7 months of Defendant's response ☐ **Standard** - Trial within 18 months of Defendant's response |

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

**CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)**

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☒ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff ________________. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

**CIRCUIT COURT FOR BALTIMORE COUNTY**

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

06/23/2026
Date

[signature]
Signature of Attorney/Party

AIS#: 9706250367
Attorney Number

25 Hooks Ln, Suite 310
Street Address

Alex Poberesky, Esquire
Printed Name

Baltimore | MD | 21208
City | State | Zip Code

Alex@AlexWins.com
E-mail

**IN THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY**

SHERIE BLUE *
5501 Bowley Lane, Apt 1A
Baltimore, Maryland 21206 *

*Plaintiff* *

v. * CASE NO.: C-24-CV-26-003710

**MOHAMMAD AWAN** *
**325 Sip Ave**
**Jersey City, New Jersey 07306** *

and *

LYFT, INC. *
S/O: The Corporation Trust Inc.
2405 York Road, Suite 201 *
Lutherville Timonium, Maryland 21093
*

*Defendants*
* * * * * * * * * * * *

**AMENDED COMPLAINT**

Now comes Sherie Blue, hereinafter referred to as the Plaintiff, by and through her attorneys, Alex Poberesky, Esquire and the Law Offices of Alex Poberesky, P.A., and sues **Mohammad Awan** and Lyft, Inc., hereinafter referred to as the Defendants, and as reasons therefore states as follows:

**FACTUAL ALLEGATIONS**

1. That on November 14, 2024, at approximately 8:00 P.M., Plaintiff was lawfully standing behind a Lyft vehicle in Baltimore City, Maryland, preparing to enter said vehicle as a passenger.

2. That at the same time and place, a motor vehicle operated by Defendant, Mohamman Awan, was stopped in preparation to pick up Plaintiff as a Lyft passenger.

3. That while Plaintiff was standing behind the Lyft vehicle preparing to enter said vehicle, Defendant Mohamman Awan suddenly and without warning backed up the vehicle without properly looking, causing the vehicle to strike Plaintiff.

4. That Defendant Mohamman Awan had a duty of care to operate the vehicle in a safe and lawful manner. Defendant Mohamman Awan breached that duty of care when he operated the vehicle in a careless and negligent manner, in that he failed to keep a proper lookout for pedestrians, failed to observe Plaintiff's presence behind the vehicle, failed to use proper caution while backing the vehicle, failed to maintain proper control of the vehicle, failed to avoid a collision, and failed to exercise due care and caution under the conditions then and there existing in order to avoid the collision.

5. That the collision as described herein occurred without any negligence or want of due care on the part of the Plaintiff contributing directly or indirectly thereto.

6. That as a direct and proximate result of Defendant's negligence, Plaintiff sustained painful bodily injuries, including injuries to her knees, incurred medical expenses, endured pain, suffering, and mental anguish, and sustained other damages.

**COUNT I**

7. That Plaintiff realleges paragraphs one (1) through six (6) of the Complaint as though fully set forth herein.

8. Defendant Mohamman Awan negligently operated his vehicle and caused it to strike Plaintiff.

9. As a direct and proximate result of Defendant Mohamman Awan's negligence, Plaintiff sustained painful bodily injuries, incurred medical expenses, endured pain, suffering, mental anguish, and sustained other damages.

WHEREFORE, Plaintiff, Sherie Blue respectfully claims damages in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), from Defendant Mohamman Awan, plus costs.

**COUNT II**

10. Plaintiff realleges paragraphs one (1) through nine (9) as though fully set forth herein.

11. Defendant Mohamman Awan was the agent, servant, representative, employee, and/or permissive user of Defendant Lyft, Inc. at the time of the subject matter collision.

12. Defendant Mohamman Awan was acting within the course and scope of his agency, employment, and/or contractual relationship with Defendant Lyft, Inc. at the time of the collision.

13. Defendant Lyft, Inc. is vicariously liable for the negligent acts and omissions of Defendant Mohamman Awan.

14. Defendant Lyft, Inc. is authorized to conduct and regularly conducts business in the State of Maryland and Baltimore City.

15. As a direct and proximate result of Defendant Lyft, Inc.'s negligence and/or vicarious liability, Plaintiff sustained painful bodily injuries, incurred medical expenses, endured pain, suffering, mental anguish, and sustained other damages.

WHEREFORE, Plaintiff, Sherie Blue respectfully claims damages in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), from Defendant Lyft, Inc., plus costs.

Respectfully submitted,

/s/ Alex Poberesky
Alex Poberesky, Esq.
AIS #: 9706250367
Law Offices of Alex Poberesky, P.A.
25 Hooks Lane, Ste. 310
Baltimore, MD 21208
410-484-0400 office
410-484-0446 fax
Alex@AlexWins.com
Attorney for Plaintiff